Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :      1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                         :      **NOTICE OF APPEARANCE**
Mary E. Parrish                                     :
v. Merck & Co., Inc.                                :
                                                    :
Case No: 1:08-cv-4156-JFK                           :
------------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: July 21, 2008
     New York, New York          Respectfully submitted,


                                            By: _____/s/_____
                                                 David J. Heubeck

                                            Venable LLP
                                            750 E. Pratt Street, Suite 900
                                            Baltimore, Maryland 21202
                                            Tel:  (410) 244-7731
                                            Fax:  (410) 244-7742
                                            Email: djheubeck@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                               /s/
                                        David J. Heubeck

                                        Venable LLP
                                        750 E. Pratt Street, Suite 900
                                        Baltimore, Maryland 21202
                                        Tel:  (410) 244-7731
                                        Fax:  (410) 244-7742
                                        Email: djheubeck@venable.com